STATE v. TRIBBLE

No. 306P96

Case below: 122 N.C.App. 577

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 February 1997.

STATE v. WILLIAMS

No. 2P97

Case below: 124 N.C.App. 788

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.

STATE FARM MUT. AUTO. INS. CO. v. YOUNG

No. 280P96

Case below: 122 N.C.App. 505

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.

STOUT v. CITY OF DURHAM

No. 156PA96

Case below: 121 N.C.App. 716

Motion by plaintiffs to withdraw petition for discretionary review allowed 7 February 1997.

ST.PAUL FIRE AND MARINE INS CO. v.
N.C. MOTOR VEH. REINSURANCE FAC.

No. 526P96

Case below: 124 N.C.App. 450

Petition by petitioner for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.